■ In the Matter of CHARLES C. CURLETTE, as Chairman of the Albany County Republican Committee, Petitioner, against BOARD OF SUPERVISORS OF THE COUNTY OF ALBANY, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, files and serves record and brief on or before December 15, 1959 and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present— Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.